# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOSEPH BOOKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:12-cv-0152-JMS-MJD |
| | ) | |
| OFFICER BALLARD, et al., | ) | CA #12-2897 |
| | ) | |
| Defendants. | ) | |

### Entry Denying Request to Proceed on Appeal *In Forma Pauperis*

An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* This action was dismissed for failure to pay the filing fee. To date, the plaintiff has not paid the filing fee. Moreover, the plaintiff was notified on July 30, 2012, in 2:12-cv-0212-JMS-WGH, that he is not entitled to *in forma pauperis* status because he has "struck out" for having brought more than three cases that were dismissed for failure to state a claim or as frivolous. There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

Based on the foregoing, therefore, the plaintiff is ineligible to proceed on appeal *in forma pauperis* [14] and his request for that status is **denied.**

**IT IS SO ORDERED.**

Date: 09/14/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph Booker, No. 15219-026, Terre Haute USP, Inmate Mail/Parcels,
 P. O. Box 33, Terre Haute, IN 47808